UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JASPER L. FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:19-cv-00321-JPH-MJD |
| ) | |
| DR. RAJOLI, et al. ) | |
| ) | |
| Defendants. ) | |

**Order Denying Motion to Reconsider Order Denying Motion for Appointment of Counsel**

On August 20, 2020, the Court considered plaintiff Jasper Frazier's request that the Court recruit counsel to represent him. Dkt. 167. The Court denied his motion, explaining that Mr. Frazier is competent to litigate this action on his own because he does not have trouble reading and writing English, his filings indicate that he understands his claims and the facts on which they are based, and that he had not identified any specific difficulties pursuing his claims. *Id.* Mr. Frazier seeks reconsideration of that Order stating that he believes that defendants' counsel is taking advantage of his *pro se* status by failing to respond properly to his discovery requests. The Court notes that Mr. Frazier has filed a motion to compel, which has been granted in part. Dkt. 207. Mr. Frazier has been given leave to renew his motion if he contends that there is still discovery that he has not received. *Id.* Accordingly, Mr. Frazier still has not shown that he cannot pursue his claims at this time. His motion to inform in which he seeks reconsideration of his motion to appoint counsel, dkt. [168], is therefore **denied**.

**SO ORDERED.**

Date: 11/6/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JASPER L. FRAZIER
114346
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All Electronically Registered Counsel